IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WAL-MART STORES EAST, LP, D/B/A WAL-MART DISTRIBUTION CENTER #6025 <br><br> Defendant. | Civil Action No: 18-cv-783 <br><br> Hon. Barbara B. Crabb <br><br> Hon. Stephen L. Crocker, Magistrate |

**PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S
<u>NOTICE OF WITHDRAWAL OF RULE 11 MOTION FOR SANCTIONS</u>**

Pursuant to an agreement between the parties and in reliance on Defendant's Motion for Leave to File Amended Answer (Dkt. No. 24), Plaintiff Equal Employment Opportunity Commission respectfully withdraws its Rule 11 Motion for Sanctions (Dkt. No. 21). EEOC's withdrawal is without prejudice to the extent that EEOC reserves the right to refile its motion for sanctions if the Court does not grant Defendant's motion for leave to file the amended answer.

Dated April 1, 2019

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*s/ Elizabeth B. Banaszak*
Jean Kamp
Associate Regional Attorney

Elizabeth B. Banaszak
Trial Attorney
Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois 60661
(312) 869-8113
Elizabeth.Banaszak@EEOC.gov

1

Carrie Vance
Trial Attorney
Equal Employment Opportunity Commission
310 West Wisconsin Avenue, Suite 500
Milwaukee, Wisconsin 53203
(414) 297-1130
Carrie.Vance@EEOC.gov