IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAL-MART STORES EAST, LP, D/B/A WAL-MART DISTRIBUTION CENTER #6025<br><br>　　　　　Defendant. | Civil Action No: 18-cv-783-bbc<br><br>Hon. Barbara B. Crabb<br><br>Hon. Stephen L. Crocker, Magistrate |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3(a)(1), 3(c)(1), and 4(a)(1)(B), notice is hereby given that the U.S. Equal Employment Opportunity Commission ("EEOC"), plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order, Docket No. 142, entered in this action on September 18, 2020; from the Opinion and Order, Docket No. 204, entered in this action on February 19, 2021; and from the final Judgment, Docket No. 205, entered in this action on February 19, 2021 by the United States District Court for the Western District of Wisconsin.

Dated: April 20, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*s/Carrie Vance*
　　　　　　　　　　　　　　　　　　Carrie Vance
　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　Equal Employment Opportunity Commission
　　　　　　　　　　　　　　　　　　310 West Wisconsin Avenue, Suite 500
　　　　　　　　　　　　　　　　　　Milwaukee, Wisconsin 53203
　　　　　　　　　　　　　　　　　　(414) 662-3686
　　　　　　　　　　　　　　　　　　carrie.vance@eeoc.gov

　　　　　　　　　　　　　　　　　　Jeanne Szromba

        Elizabeth B. Banaszak
        Trial Attorneys
        Equal Employment Opportunity Commission
        230 South Dearborn, Suite 2920
        Chicago, Illinois 60604
        (312) 872-9692
        elizabeth.banaszak@eeoc.gov
        jeanne.szromba@eeoc.gov